IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

************************************

UNITED STATES OF AMERICA

v.

KAYLA M. RAINWATER,
                Defendant

************************************

Criminal No. 7:13-PO-94 (ATB)
Vio:   18 USC § 7, 13
NYPL § 120.00, 240.25

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### THE COUNT

On or about May 9, 2013, in the Northern District of New York, within the special maritime and territorial jurisdiction of the United States, that is, Fort Drum, New York, the Defendant

### KAYLA M. RAINWATER

did, engage in a course of conduct which placed Cera A. Stead in reasonable fear of physical injury.

All in violation of Title 18, United States Code, Section 7 and 13 and New York Penal Law § 240.25, Harassment in the First Degree.

RICHARD S. HARTUNIAN
United States Attorney

By: _____
ROBERT E. MURDOUGH
Special Assistant U.S. Attorney
Bar Roll No. 517457